```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07895
   JOHNNIE L LEWIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1515


-----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/30/2007 and was not confirmed.

     The case was dismissed without confirmation 07/25/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  UNSECURED           9702.06           .00             .00
CHARTER ONE BANK          UNSECURED         NOT FILED           .00             .00
AT & T WIRELESS           UNSECURED         NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED           7350.00           .00             .00
DEBT RECOVERY SOLUTION    UNSECURED            363.23           .00             .00
PREMIER BANCARD CHARTER   UNSECURED            406.99           .00             .00
AMERICREDIT FINANCIAL SE  SECURED NOT I          .00            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED             212.76          .00             .00
SPRINT-NEXTEL CORP        UNSECURED             526.31          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                             105.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  105.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 105.00
                     --------------       --------------
TOTALS                   105.00               105.00




          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 07895 JOHNNIE L LEWIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/22/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |